# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-46-GF-BMM** |
| Plaintiff, | |
| vs. | |
| **NICOLE SMITH,** | **ORDER TO FILE DOCUMENT UNDER SEAL** |
| Defendant. | |

Upon motion of the United States to file a document under seal, and for good cause shown,

IT IS ORDERED that the Clerk of Court shall file the document under seal. DATED this 17th day of September, 2019.

_____
John Johnston
United States Magistrate Judge

1