IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE SMITH,<br><br>Defendant. | CR 19-46-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant Nicole Smith (Smith) has been accused of violating conditions of her supervised release. (Doc. 48). Smith admitted the alleged violations. Smith's supervised release should be revoked. Smith should be sentenced to custody for 2 months, with 28 months of supervised release to follow. During the first 90 days of supervised release, Smith shall be placed in a secure in-patient substance abuse treatment facility as directed by her probation officer.

## II. Status

On October 17, 2019, Smith pleaded guilty to the offense of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) as charged in Count 1 of the Indictment. (Doc. 29). The Court sentenced

Smith to 42 months of custody, followed by 5 years of supervised release. (Doc. 36). Smith's current term of supervised release began on January 18, 2022.

### Petition

On November 24, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Smith's supervised release. (Doc. 48). The Petition alleged Smith violated conditions of her supervised release by: (1) failing to comply with substance abuse testing requirements on October 30, 2025; (2) using methamphetamine on or about November 12, 2025; (3) failing to comply with substance abuse treatment requirements on November 17, 2025; and (4) failing to comply with substance abuse testing requirements on November 21, 2025.

### Initial Appearance

Smith appeared before the Court on December 1, 2025. Smith was represented by counsel. Smith stated that she had read the Petition and that she understood the allegations against her. Smith waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on December 1, 2025. Smith admitted that she had violated the conditions of supervised release as set forth as

allegations 1-4 in the Petition. Smith's admitted violations are serious and warrant revocation of her supervised release.

**Sentencing hearing**

Smith appeared before the Court on December 1, 2025. Smith's violations are Grade C. Her criminal history category is I. Smith's underlying offense is a Class A felony. Smith could be incarcerated for up to 60 months. Smith could be ordered to remain on supervised release for 60 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Smith's supervised release should be revoked. Smith should be sentenced to custody for 2 months, with 28 months of supervised release to follow. During the first 90 days of supervised release, Smith shall be placed in a secure in-patient substance abuse treatment facility as directed by her probation officer. This sentence is sufficient but not greater than necessary.

### IV.    Conclusion

The Court informed Smith that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Smith of her right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Smith that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised

release and what, if any, sanction to impose. Smith waived her right to appeal and allocute before Judge Morris.

The Court **FINDS:**

> That NICOLE SMITH has violated the conditions of her supervised release by: (1) failing to comply with substance abuse testing requirements on October 30, 2025; (2) using methamphetamine on or about November 12, 2025; (3) failing to comply with substance abuse treatment requirements on November 17, 2025; and (4) failing to comply with substance abuse testing requirements on November 21, 2025.

The Court **RECOMMENDS:**

> That the District Court revoke Smith's supervised release and sentence Smith to custody for 2 months, with 28 months of supervised release to follow. During the first 90 days of supervised release, Smith shall be placed in a secure in-patient substance abuse treatment facility as directed by her probation officer.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure

to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 2nd day of December 2025.

John Johnston
United States Magistrate Judge