THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br><br>NICOLE SMITH,<br><br>　　　　　　Defendant. | CR-19-46-GF-BMM<br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 2, 2025. (Doc. 55.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on December 1, 2025. (Doc. 50.) The government accused Nicole Smith (Smith) of violating the conditions of her supervised release by: (1) failing to comply with substance abuse testing requirements on October 30, 2025; (2) using methamphetamine on or about November 12, 2025; (3) failing to comply with substance abuse treatment requirements on November 17, 2025; and (4) failing to comply with substance abuse testing requirements on November 21, 2025. (Doc. 48.)

At the revocation hearing, Smith admitted that she had violated conditions 1-4 of her supervised release as set forth in the Petition. (Doc. 50.)

Judge Johnston found that the violations Smith admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 2 months with 28 months of supervised release to follow. Judge Johnston also recommended that during the first 90 days of her supervised release, Smith shall be placed in a secure in-patient substance abuse treatment facility as directed by her probation officer. (Doc. 55.) The Court finds no clear error in Judge Johnston's Findings and Recommendations. Smith waived her right to allocute and appeal before the undersigned. (Doc. 50.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 55 ) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Nicole Smith be sentenced to a term of custody of 2 months with

28 months of supervised release to follow. During the first 90 days of her supervised release, Smith shall be placed in a secure in-patient substance abuse facility as directed by her probation officer.

DATED this 17th day of December 2025.

_____
Brian Morris, Chief District Judge
United States District Court